■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY POWELETTE, Appellant. [953 NYS2d 179]—

Concur—Gonzalez, P.J., Moskowitz, Acosta, Freedman and Abdus-Salaam, JJ.